U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 22 2022
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

April 18, 2022

Back in 2020 when Michael Vernsey got transferred to prison from Saint Lawrence county jail I Stacy LaJoy, the fiancé of Michael picked up his property, brought it home and went through it. There was a flash drive of phone calls from March 2019 to September 2019. A few months ago I started trying to listen to them but couldn't. I brought the flash drive to two different people to see if they could help me, with no luck there either. I was told I needed to find out the program they used to record them. I started making calls to the St. Lawrence county jail to obtain that information, again with no luck there. Even before I found the flash drive I was making numerous phone calls to the administration at St. Lawrence County Jail for his phone records while he was incarcerated from March 26, 2019 to March 12, 2020. Not once did anyone ever call me back, before or after I found the flash drive. I have been unable to put the calls on a disc for the court because I need the name of the system they used. I have been unable to do anything with the flash drive because it is encrypted. So again I started calling the administration at Saint Lawrence county jail. I left numerous messages for them to call me back. So after a week of doing this with no answer or call back I decided to call the sheriff's office to see if he could help me to obtain the information I have been looking for. His office emailed the St. Lawrence County Jail administration and that afternoon a guy named Tim Amo called me back saying he got an email from the sheriff's office to call me to see what I needed. I told him all about the flash drive and needed to know what system they used to put the calls on the flash drive. I told Mr. Amo that I needed the information to get the encryption off to listen to the calls to get ready for his case. He told me he would call me back once he talked to his boss and anyone else that would know about this. The next week I still had not heard from the Jail, so I ended up calling Mr. Amo again to get the information. Mr. Amo told me there's nothing he could do for me because it had to do with the DA's case. If I needed the information I would have to contact the DA's office or the county attorney's office. He also told me the only reason we have the flash drive is because Michael's attorney at the time needed a copy for his case because they don't normally give those phone calls or flash drives to inmates. I called the DA's office on April 14 or 15th and I had left a message for the person to call me back. Here we are still waiting to get that information to be able to listen to them. For some reason no one wants to give us the name of the program they use so we can listen to them and make a copy for the court for his lawsuit.

*Stacy LaJoy*

Sworn to me this 19th day of April, 2022

*Eric Favand*

ERIC D. FA...
NOTARY PUBLIC, STATE ... NEW YORK
Registration No. 01FA6394101
Qualified in Saint Lawrence County
Commission Expires - 7/23

Stacy LaJoy & Michael Case 9:20-cv-00992-DNH-ATB   Document 49   Filed 04/22/22   Page 2 of 2
520 Pleasant Ave.
Ogdensburg, NY 13669

SYRACUSE NY 130

20 APR 2022   PM 4   L



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

APR 22 2022

RECEIVED

Hon. Andrew T. Baxter
US District Court
Northern District of New York
James M. Hanley Federal Building & US Courthouse
100 S. Clinton Street
Syracuse, NY 13261

13261-610099